IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NICOLE D. SEDILLOS,**

      **Plaintiff,**

vs.                                             No. CV 10 - 236 JB/LFG

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER EXTENDING BRIEFING DEADLINES

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion for an Extension of Briefing Deadlines (Doc. # 16), Defendant having no objection, the Court being fully advised FINDS that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand shall be filed no later than September 8, 2010; Defendant's responsive memorandum shall be filed no later than November 8, 2010, and Plaintiff shall file the reply and the Notice of Completion of Briefing no later than November 22, 2010.

IT IS FURTHER ORDERED that all supporting memoranda shall cite the transcript of record in support of assertions of fact and shall cite authority in support of propositions of law.

                                                  *Lorenzo F. Garcia*
                                                UNITED STATES MAGISTRATE JUDGE

s/ Francesca J. MacDowell
Francesca J. MacDowell
Attorney for Plaintiff

Approved by:
Michael Moss
Attorney for Defendant